UNITED STATES FEDERAL DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TESSA AVIE, KEVA BOURGEOIS, HENRI BRAGGS, and BRIAN CLARK A/K/A DA SHOWSTOPPAZ | * * * * | |
| VS. | * * | CIVIL ACTION NO. 2:24-CV-01334 |
| BEYONCE KNOWLES CARTER; PARKWOOD ENTERTAINMENT, LLC,; SONY MUSIC ENTERTAINMENT; SHAWN CARTER A/K/A JAY-Z; CHRISTOPHER ALAN STEWART A/K/A TRICKY STEWART; NASH TERIUS YOUNGDELL A/K/A THE DREAM; FREDDIE ROSS, JR. A/K/A BIG FREEDIA; ADAM J. PIGOTT A/K/A BLAQNMILD; J. MUSICAL GENIUSES RECORDS, LLC; OAKLAND 13 MUSIC; WARNER TAMMERLANE PUBLISHING CORPORATION; WC MUSIC CORPORATION; SPIRIT MUSIC PUBLISHING; AMPLIFY, INC.; and ABC INSURANCE COMPANY | * * * * * * * * * * * * * * * | DIVISION/SECTION: H/5<br><br>JUDGE: JANE TRICHE MILAZZO<br><br>MAG. JUDGE: MICHAEL NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), the plaintiffs in the above-captioned action hereby serve notice that said action is dismissed as to all defendants, with prejudice, and with all parties to bear their own costs and attorneys' fees.

Dated: August 7, 2024.

Respectfully submitted,

**THE KHAN LAW FIRM, L.L.C.**

/s/ Shermin S. Khan
Shermin S. Khan (Bar Roll No. 37748)

-1-

2714 Canal Street, Suite 300
New Orleans, LA 70119
Telephone: (504) 354-9608
Facsimile: (504) 459-2918
Email: s.khan@sklawla.com

*and*

**HUSSAIN LAW, LLC**

/s/ Abid M. Hussain
Abid M. Hussain, La. Bar No. 34308
3445 N. Causeway Blvd., Suite 706
Metairie, LA 70002
Telephone: (504) 233-2442
Facsimile: (504) 608-6749
E-mail: abid@hussainlaw.com

*Counsel for Tessa Avie, Keva Bourgeois, Henri Braggs, and Brian Clark a/k/a Da Showstoppaz*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be served upon all counsel of record by operation of the Court's electronic filing system.

/s/ Shermin S. Khan