| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Eastern District of Louisiana |
|---|---|
| DOCKET NO.<br>24-1334 H(5) | DATE FILED<br>05/22/2024 |
| | 500 Poydras Street, Room C151<br>New Orleans, Louisiana 70130 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Tessa Avie, et al | Beyonce Knowles Carter, et al |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | PA0002396076 | Release a Wiggle | Da Showstoppaz |
| 2 | SRu001515047 | Release a Wiggle | Da Showstoppaz |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☒ Notice of Voluntary Dismissal | ☐ Yes  ☒ No | Filed 8/7/2024 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| CAROL L. MICHEL | *Sherry Adams* (signature) | August 12, 2024 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES FEDERAL DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TESSA AVIE, KEVA BOURGEOIS, HENRI BRAGGS, and BRIAN CLARK A/K/A DA SHOWSTOPPAZ<br><br>VS.<br><br>BEYONCE KNOWLES CARTER; PARKWOOD ENTERTAINMENT, LLC.; SONY MUSIC ENTERTAINMENT; SHAWN CARTER A/K/A JAY-Z; CHRISTOPHER ALAN STEWART A/K/A TRICKY STEWART; NASH TERIUS YOUNGDELL A/K/A THE DREAM; FREDDIE ROSS, JR. A/K/A BIG FREEDIA; ADAM J. PIGOTT A/K/A BLAQNMILD; J. MUSICAL GENIUSES RECORDS, LLC; OAKLAND 13 MUSIC; WARNER TAMMERLANE PUBLISHING CORPORATION; WC MUSIC CORPORATION; SPIRIT MUSIC PUBLISHING; AMPLIFY, INC.; and ABC INSURANCE COMPANY | CIVIL ACTION NO. 2:24-CV-01334<br><br>DIVISION/SECTION: H/5<br><br>JUDGE: JANE TRICHE MILAZZO<br><br>MAG. JUDGE: MICHAEL NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), the plaintiffs in the above-captioned action hereby serve notice that said action is dismissed as to all defendants, with prejudice, and with all parties to bear their own costs and attorneys' fees.

Dated: August 7, 2024.

Respectfully submitted,

**THE KHAN LAW FIRM, L.L.C.**

/s/ Shermin S. Khan
Shermin S. Khan (Bar Roll No. 37748)

-1-

2714 Canal Street, Suite 300
New Orleans, LA 70119
Telephone: (504) 354-9608
Facsimile: (504) 459-2918
Email: s.khan@sklawla.com

*and*

**HUSSAIN LAW, LLC**

/s/ Abid M. Hussain
Abid M. Hussain, La. Bar No. 34308
3445 N. Causeway Blvd., Suite 706
Metairie, LA 70002
Telephone: (504) 233-2442
Facsimile: (504) 608-6749
E-mail: abid@hussainlaw.com

*Counsel for Tessa Avie, Keva Bourgeois, Henri Braggs, and Brian Clark a/k/a Da Showstoppaz*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be served upon all counsel of record by operation of the Court's electronic filing system.

/s/ Shermin S. Khan

-2-